UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Brittany Glaser,

                Plaintiff(s),               **INITIAL CONFERENCE
ORDER**

       -against-                   CV 22-2530 (WFK) (AYS)

Bath & Body Works, LLC

                Defendant(s).
--------------------------------------------------------X

**SHIELDS, Magistrate Judge:**

**Conference Date:**    **12/1/22 at 11:00 AM. The parties are directed to call the ATT
teleconferencing center at (877) 810-9415 and to enter Access Code
9005911 when prompted.**  The parties are directed to confirm the date
and time of this conference with each other.  In the event that an
adjournment is requested, any such request must be made pursuant to this
Court's individual rules regarding adjournments and must be electronically
filed as a "Motion," and not as a letter.

The above captioned matter has been assigned to United States Magistrate Judge Anne Y.
Shields for the purposes of scheduling discovery, resolution of discovery disputes, settlement
conferences, and any other purpose set forth in 28 U.S.C. §636(b)(1)(A).  Counsel for each
represented party and any party proceeding without an attorney (a "*pro se*" party) must appear in
person for an initial conference at the date and time indicated above.

Prior to the conference all counsel and/or *pro se* parties are directed to meet and confer regarding
the discovery needs of this case, including a discussion of the exchange of electronically stored
information ("ESI") and to prepare a proposed discovery plan.  To assist in this process, the
Court attaches to this Order a "Discovery Plan Worksheet" that must be completed and submitted
to the Court via ECF, at least two days prior to the conference.  The Worksheet sets forth a date
for completion of all discovery.  The parties are directed to establish reasonable interim discovery
deadlines to meet the needs of their case.  At the conference, the Court will consider the parties'
suggested deadlines and, upon consideration of the rules and practices of the assigned District
Judge, enter an appropriate scheduling order.

Dated:  Central Islip, New York
      May 10, 2022               SO ORDERED:

                                   /s/ Anne Y. Shields
                                   ANNE Y. SHIELDS
                                   United States Magistrate Judge

# DISCOVERY PLAN WORKSHEET
**Tier I Pre-Settlement Discovery**
**TO BE COMPLETED IN ALL CASES**

Deadline for completion of Rule 26(a)
initial disclosures and HIPAA-
complaint records authorizations:                                    _____

Completion date for
Phase I Discovery as
agreed upon by the
parties:
(*See paragraph 7 of joint letter requirement*)                      _____

Status conference TBD by the court:                                  _____
(*Generally 15 days post Tier I Discovery*)

## Tier II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:
*(Presumptively 15 days post status conference)*                     _____

All fact discovery completed                                         _____
by: *(Presumptively 9 months
after deadline for joining
parties/amend the pleadings)*

Expert discovery                                                     _____
completed by:
*(Presumptively 3 months
after close of fact
discovery)*

Final date to take first step in dispositive                         _____
motion practice: *(Parties are directed to
consult the District Judge's individual
rules regarding such motion practice.
(Presumptively 30 days after close of
discovery)*

Joint Proposed                                                       _____
Pretrial Order to
be submitted:
(*30 days after dispositive motion
practice deadline*)