UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
BRITTANY GLASER, individually and on behalf of       :   Case No. 2:22-cv-02530-WFK-AYS
all others similarly situated,                                              :
                                                                                          :   Judge William Francis Kuntz, II
                          Plaintiff,       :
            -against-                                          :
BATH & BODY WORKS, LLC,                               :
                        Defendant.         :
                                                                                          :
---------------------------------------------------------------- X

**NOTICE OF DEFENDANT BATH & BODY WORKS, LLC'S MOTION TO DISMISS OR STAY PROCEEDINGS**

PLEASE TAKE NOTICE that as soon as it may be heard, in the courtroom of the Honorable William Francis Kuntz, II, located at 225 Cadman Plaza East, Brooklyn, New York 11201, with oral argument to be held should the Court deem it necessary, Defendant Bath & Body Works, LLC ("BBW") will and hereby does move the Court for an order dismissing Plaintiff's Complaint under Rules 12(b)(6) and/or 12(b)(1) of the Federal Rules of Civil Procedure. Alternatively, BBW moves the Court to stay these proceedings pending the outcome of *Grant v. Global Aircraft Delivery Dispatch, Inc.*, App. Div. No. 21-03202 (2d Dep't), a case that addresses the open question of New York law at the heart of Plaintiff's Complaint.

BBW's Motion is based on this Notice of Motion; BBW's Memorandum in Support of the Motion; any arguments of counsel; and any other such materials properly considered by the Court at any hearing on this Motion.

Date of Service: August 16, 2022

Respectfully submitted,

/s/ Benjamin A. Shepler

Benjamin A. Shepler*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-8250
Facsimile: (614) 719-4788
Email: bashepler@vorys.com
* Admitted *Pro Hac Vice*

Kerri A. Wright
PORZIO BROMBERG & NEWMAN P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Telephone: (973) 889-4327
Facsimile: (973) 538-5146
Email: kawright@pbnlaw.com

*Attorneys for Defendant Bath & Body Works, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of August, 2022, a copy of the foregoing *Notice of Motion* was served via electronic mail on all counsel of record listed below:

Yitzchak Kopel
Alec M. Leslie
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

*Attorneys for Plaintiff*

/s/ Benjamin A. Shepler
Benjamin A. Shepler
*Attorney for Defendant*