UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRITTANY GLASER,

              Plaintiff,

        v.                                  **ORDER**
                                        22-CV-2530 (WFK) (AYS)

BATH & BODY WORKS, LLC,

              Defendant.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court GRANTS Defendant permission to file a motion for reconsideration of the Court's Order at ECF No. 20. The Court ORDERS the following briefing schedule:

- Defendant shall submit the motion by Tuesday, October 25, 2022 at 5:00 P.M.;

- Plaintiff shall submit an opposition by Tuesday, November 15, 2022 at 5:00 P.M.; and

- Defendant shall submit a reply, if any, by Tuesday, December 6, 2022 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

The Court will hold oral argument on the motion and the issues raised in defense counsel's letter at ECF No. 23 if the Court deems a hearing necessary.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 3, 2022
      Brooklyn, New York

2