52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

**Benjamin A. Shepler**
Direct Dial   (614) 464-8250
Direct Fax    (614) 719-4788
Email bashepler@vorys.com

October 25, 2022

**VIA E-MAIL**

Yitzchak Kopel
Alec M. Leslie
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

    Re:    Brittany Glaser v. Bath & Body Works, LLC
              Case No. 2:22-cv-02530-WFK-AYS

Dear Counsel:

      As you are aware, my firm represents Defendant Bath & Body Works, LLC in the above referenced matter. Pursuant to the briefing schedule in the Court's Order dated October 3, 2022, enclosed please find copies of the following:

- Notice of Defendant Bath & Body Works, LLC's Motion for Reconsideration of September 27, 2022 Minute Order Denying Motion to Dismiss or Stay Proceedings; and

- Memorandum in Support of Defendant Bath & Body Works, LLC's Motion for Reconsideration of September 27, 2022 Minute Order Denying Motion to Dismiss or Stay Proceedings.

                          Very truly yours,

                          /s/ Benjamin A. Shepler

                          Benjamin A. Shepler

BAS/bas

October 25, 2022
Page 2

Enclosures

cc:     Kerri Wright, Esq.